IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

ALFRED D. SPINK,

     Plaintiff,

v.                                                                        CASE NO. 1:08-cv-00175-MP-AK

MICHAEL J. ASTRUE,

     Defendant.

_____/

## **O R D E R**

This matter is before the Court on Doc. 22, Report and Recommendation of the

Magistrate Judge, which recommends that Defendant's Motion to Remand (Doc. 21) be granted.

Plaintiff is unopposed to Defendant's motion, and no party has filed an objection to the Report

and Recommendation.  Upon consideration, the Court finds that the Report should be adopted in

full.  Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1.     The Report and Recommendation of the Magistrate Judge (Doc. 22) is
ADOPTED and incorporated herein, and the Motion for Remand (Doc. 21) is
GRANTED.

2.     Pursuant to sentence four of 42 U.S.C. § 405(g), the Clerk is directed to enter
final judgment REVERSING the Commissioner's decision to deny benefits and
REMANDING the application to the Commissioner for rehearing in accordance
with the Magistrate's Report and Recommendation.

3.     Pursuant to Bergen v. Commissioner, 454 F.3d 1273, 1277-78 (11th Cir. 2006),
proceedings on attorney fees under the Social Security Act, 42 U.S.C. § 406(b),
are stayed until the matter is fully adjudicated upon remand. This stay relates only
to attorney fee proceedings under § 406(b) of the Social Security Act, not to

attorney fee proceedings under the Equal Access to Justice Act, 28 U.S.C. § 2412, the latter of which may be adjudicated at this time.

**DONE AND ORDERED** this <u>  2nd</u> day of April, 2009

<u>      *s/Maurice M. Paul*        </u>
Maurice M. Paul, Senior District Judge